

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2017

No. 04-17-00618-CV

Dina P. **CISNEROS-BONNETTE,**
Appellant

v.

Emcel P. **BONNETTE,** Jr.,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-11830
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

On October 16, 2017, this court ordered appellant to provide a reasonable explanation for failing to timely file the notice of appeal. Appellant filed a response, which we deem adequate to show cause why the appeal should not be dismissed. It is therefore ORDERED that this appeal is retained on the docket of this court.

The reporter's record were originally due on October 11, 2017. On October 16, 2017, the court reporter filed a letter stating the reporter's record has not been filed because appellant failed to designate a record.

If appellant desires a reporter's record, and has not already done so, appellant is hereby ORDERED to (1) request in writing, no later than November 13, 2017, that a reporter's record be prepared and (2) designate in writing, no later than November 13, 2017, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than November 13, 2017.

It is also ORDERED that appellant provide written proof to this court no later than November 13, 2017 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to provide such written proof within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2017.

KEITH E. HOTTLE,
Clerk of Court